Official Form 1 (10/06)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meredith, Eric P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-7363** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL**　　ZIP Code **60637** | Street Address of Joint Debtor (No. and Street, City, and State):　　ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):　　ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 100,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (10/06)**

FORM B1, Page 2

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Meredith, Eric P.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (10/06)                                                                 FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Meredith, Eric P.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Eric P. Meredith**
Signature of Debtor **Eric P. Meredith**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**November 30, 2006**
Date

### Signature of Attorney

**X  /s/ Glenda J. Gray**
Signature of Attorney for Debtor(s)

**Glenda J. Gray 06185507**
Printed Name of Attorney for Debtor(s)

**Law Office of Glenda J. Gray**
Firm Name

**330 North Wabash**
**Suite 2618**
**Chicago, IL 60611**

Address

                    **Email: ladylawgray@aol.com**
**(312) 755-1010  Fax: (312) 755-1020**
Telephone Number

**November 30, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Eric P. Meredith**                 Case No. _____

                                  Debtor(s)      Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Eric P. Meredith**
                        **Eric P. Meredith**

Date:    **November 30, 2006**

Form 6-Summary (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Eric P. Meredith**                                                                         ,    Case No. _____

                                                                            Debtor                      Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 260,000.00 | | |
| B - Personal Property | Yes | 4 | 6,449.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 220,209.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 900.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 22 | | 1,456,641.88 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 5,122.37 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,118.25 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| | | Total Assets | 266,449.00 | | |
| | | Total Liabilities | | 1,677,750.88 | |

Official Form 6 - Statistical Summary (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Eric P. Meredith** _____ ,    Case No. _____

                                            Debtor

                                                                    Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6A
(10/05)

In re   **Eric P. Meredith**                                        ,          Case No. _____
                                    Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condo**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL**<br>**Purchased:  03/2001**<br>**Price:  205,000.00**<br>**Chase Home Finance, 1st mortgage**<br>**Union Federal Bank, 2nd mortgage**<br>**Harris Bank, 3rd mortgage**<br><br>**1st Mortgage:  Chase Home Mortgage**<br>**2nd Mortgage:  Union Federal** | **Fee Simple** | **-** | **260,000.00** | **220,209.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **260,000.00** | (Total of this page) |
| Total > | **260,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6B
(10/05)

In re   **Eric P. Meredith**                                              ,   Case No. _____
                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**Chase Bank, Chicago, Illinois** | - | 1,000.00 |
| | | **Checking Account**<br>**Think Federal Credit Union**<br>**Chicago, IL** | - | 29.00 |
| | | **Savings Account**<br>**Think Federal Credit Union**<br>**Chicago, IL** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **General**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL** | - | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Collectible sports items**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL** | - | 1,500.00 |
| | | **500 CDs (Jazz, Rap, Rhythm & Blues, Religious** | - | 500.00 |
| 6.  Wearing apparel. | | **General**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL** | - | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **through employer** | - | 0.00 |

Sub-Total >    **6,029.00**
(Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Eric P. Meredith**                                    ,    Case No. _____

                                                Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Penison**<br>**McDonalds Employees Pension Fund**<br>**Oak Brook, IL** | - | 70.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock in businesses were never issued. He is 100% owner of Ujamaa, Inc., Black is Beautiful, LLC., and Alter Eatgo, LLC.** | - | 0.00 |
| | | **Eventress, LLC.**<br>**Incorporated 8/8/2006 in Illinois. He only owns 60% of stock. Stock does not have a par value. He invested $589.00 into company.** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total >          70.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Eric P. Meredith**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **IBM Thinkpad Laptop & H.P. Office jet K series printer** | - | 350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

| | Sub-Total > | 350.00 |
|---|---|---|
| | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6B
(10/05)

In re     **Eric P. Meredith**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **6,449.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(10/05)

In re  **Eric P. Meredith**                                                                    ,        Case No. _____
                                                    **Debtor**

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:           ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                       $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Condo** | **735 ILCS 5/12-901** | **15,000.00** | **260,000.00** |
| **Location: 900 East 62nd Street Unit BW,** | | | |
| **Chicago IL** | | | |
| **Purchased: 03/2001** | | | |
| **Price: 205,000.00** | | | |
| **Chase Home Finance, 1st mortgage** | | | |
| **Union Federal Bank, 2nd mortgage** | | | |
| **Harris Bank, 3rd mortgage** | | | |
| | | | |
| **1st Mortgage: Chase Home Mortgage** | | | |
| **2nd Mortgage: Union Federal** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **1,000.00** | **1,000.00** |
| **Chase Bank, Chicago, Illinois** | | | |
| | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **29.00** | **29.00** |
| **Think Federal Credit Union** | | | |
| **Chicago, IL** | | | |
| | | | |
| **Savings Account** | **735 ILCS 5/12-1001(b)** | **0.00** | **0.00** |
| **Think Federal Credit Union** | | | |
| **Chicago, IL** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **General** | **735 ILCS 5/12-1001(b)** | **2,000.00** | **2,000.00** |
| **Location: 900 East 62nd Street Unit BW,** | | | |
| **Chicago IL** | | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Collectible sports items** | **735 ILCS 5/12-1001(a)** | **1,500.00** | **1,500.00** |
| **Location: 900 East 62nd Street Unit BW,** | | | |
| **Chicago IL** | | | |
| | | | |
| **500 CDs (Jazz, Rap, Rhythm & Blues, Religious** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **General** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Location: 900 East 62nd Street Unit BW,** | | | |
| **Chicago IL** | | | |
| | | | |
| **Interests in Insurance Policies** | | | |
| **through employer** | **215 ILCS 5/238** | **0.00** | **0.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Penison** | **735 ILCS 5/12-704** | **70.00** | **70.00** |
| **McDonalds Employees Pension Fund** | | | |
| **Oak Brook, IL** | | | |

  __1__  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6C
(10/05)

In re    **Eric P. Meredith**                                              ,        Case No. _____
                                                                    Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Office Equipment, Furnishings and Supplies** | | | |
| **IBM Thinkpad Laptop & H.P. Office jet K series printer** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |

Total:  **21,449.00**    **266,449.00**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Eric P. Meredith**                                                , Case No. _____
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J  W C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4940**<br><br>**Chase Manhattan Mtge**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** | | - | Opened 12/01/02  Last Active  6/15/06<br><br>**Condo**<br>**Location: 900 East 62nd Street Unit BW,**<br>**Chicago IL** | | | | | |
| | | | Value $                    **260,000.00** | | | | **181,708.00** | **0.00** |
| Account No. **20-14-308-040-1004**<br><br>**Cook County Collector**<br>**118 North Clark - Room 112**<br>**Chicago, IL 60602** | | - | **Real Estate Taxes**<br>**Condo**<br>**Location: 900 East 62nd Street Unit BW,**<br>**Chicago IL**<br>**Purchased:  03/2001**<br>**Price:  205,000.00**<br>**Chase Home Finance, 1st mortgage**<br>**Union Federal Bank, 2nd mortgage** | | | | | |
| | | | Value $                    **260,000.00** | | | | **3,700.00** | **0.00** |
| Account No. **xxxxx6677**<br><br>**Union Fed Bank Indiana**<br>**Po Box 1083**<br>**Indianapolis, IN 46206** | | - | Opened 12/01/02  Last Active  6/15/06<br><br>**Condo**<br>**Location: 900 East 62nd Street Unit BW,**<br>**Chicago IL** | | | | | |
| | | | Value $                    **260,000.00** | | | | **34,801.00** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0**  continuation sheets attached

| | Subtotal<br>(Total of this page) | **220,209.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **220,209.00** | **0.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6E (10/06)

In re  **Eric P. Meredith**
_____,     Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_     continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (10/06) - Cont.

In re  **Eric P. Meredith**
_____,    Case No. _____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-7363** **Internal Revenue Service** **Kansas City, MO 64999** | - | | | **2005** **Income Taxes** | | | | 900.00 | 0.00 900.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 900.00 | 900.00 |
| Total (Report on Summary of Schedules) | 0.00 900.00 | 900.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06)

In re   **Eric P. Meredith**
_____,   Case No. _____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxxxxxxx1490**<br><br>**1st Community Fcu**<br>**3505 Wildewood Dr**<br>**San Angelo, TX 76904** | | - | | | **Opened 12/01/90  Last Active  5/01/98** | | | | **0.00** |
| Account No.<br><br>**Adrianne Spivey**<br>**1765 East 55th Street**<br>**Apt. A6**<br>**Chicago, IL 60615** | | - | | | **07/20/2003**<br>**Promissory Note** | | | | **1,250.00** |
| Account No.<br><br>**Amania Drane**<br>**2774 Whitlock Drive**<br>**Darien, IL 60561** | | - | | | **07/31/2003**<br>**Promissory Note** | | | | **6,250.00** |
| Account No. **xxxxxxxx9415**<br><br>**Amc Mortgage Services**<br>**505 City Pkwy South # 10**<br>**Orange, CA 92868** | | - | | | **Opened  3/01/04  Last Active 12/10/04**<br>**Mortgage** | | | | **0.00** |
| __21__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **7,500.00** |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                S/N:29791-061102   Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx8730**<br><br>**Amc Mortgage Services**<br>**505 City Pkwy W**<br>**Orange, CA 92868** | - | | **Opened 3/01/04**<br>**Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx9332**<br><br>**Amc Mortgage Services**<br>**505 City Pkwy W**<br>**Orange, CA 92868** | - | | **Opened 3/01/04**<br>**Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx9399**<br><br>**Amc Mortgage Services**<br>**505 City Pkwy W**<br>**Orange, CA 92868** | - | | **Opened 3/01/04  Last Active 12/14/04**<br>**Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx9415**<br><br>**Amc Mortgage Services**<br>**505 City Pkwy W**<br>**Orange, CA 92868** | - | | **Opened 3/01/04**<br>**Mortgage** | | | | **0.00** |
| Account No. **xxxxxxxx9472**<br><br>**Amc Mortgage Services**<br>**505 City Pkwy W**<br>**Orange, CA 92868** | - | | **Opened 3/01/04**<br>**Mortgage** | | | | **0.00** |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Official Form 6F (10/06) - Cont.

In re   **Eric P. Meredith**                                                            ,        Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxxxxx6718<br><br>**American General Finan<br>8729 S Cicero Ave<br>Hometown, IL 60456** | - | | | | Opened 10/01/97 Last Active 4/01/98<br>ChargeAccount | | | | 0.00 |
| Account No. xxxxxxxxx3690<br><br>**Americas Servicing Co<br>7485 New Horizon Way<br>Frederick, MD 21703** | - | | | | Opened 6/01/04 Last Active 12/16/04<br>Mortgage | | | | 0.00 |
| Account No. xxxxxxxxxxxx4021<br><br>**Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329** | X - | | | | Opened 9/01/02 Last Active 2/01/06 | | | | 7,843.00 |
| Account No. xxxxxxxxxxxx8802<br><br>**Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329** | - | | | | Opened 9/01/91 Last Active 9/01/97 | | | | 0.00 |
| Account No. xxxxxxxxxxxx4903<br><br>**Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329** | - | | | | Opened 3/01/91 | | | | 0.00 |

Sheet no. __2__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **7,843.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Eric P. Meredith**                                                                                    ,  Case No. _____
                                                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxxx8802<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | - | | **Opened  9/01/91** | | | | 0.00 |
| Account No. xxxxxxxxxxxxxx4903<br><br>**Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** | - | | **Opened  3/01/91** | | | | 0.00 |
| Account No.<br><br>**Anthony Bennett**<br>**900 East 62nd Street**<br>**Unit G-E**<br>**Chicago, IL 60637** | | | **07/21/2003**<br>**Promissory Note** | | | | 1,250.00 |
| Account No.<br><br>**Arthur Thurman**<br>**2144 Adobe Drive**<br>**Addison, IL 60101** | - | | **07/31/2003**<br>**Promissory Note** | | | | 6,250.00 |
| Account No. xxxxxxxx9493<br><br>**Avco Finance**<br>**6238 W 95th St**<br>**Oak Lawn, IL 60453** | - | | **Opened 10/01/97  Last Active  2/01/98** | | | | 0.00 |

Sheet no. __3__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,500.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                                 ,        Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2006** <br><br> **Ballys** <br> **12440 E Imperial H** <br> **Norwalk, CA 90650** | - | | Opened  5/01/95  Last Active  5/01/97 | | | | 0.00 |
| Account No. **xxxxxx4502** <br><br> **Bp/Citi** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | - | | Opened  3/01/91  Last Active  2/02/06 | | | | 2,438.00 |
| Account No. **xxxxxxxx3389** <br><br> **Cap One Bk** <br> **Po Box 85520** <br> **Richmond, VA 23285** | - | | Opened  3/01/95  Last Active  9/01/98 | | | | 0.00 |
| Account No. **xxxxxxxxx0667** <br><br> **Cenlar/Ctrl Ln Admin&R** <br> **425 Phillips Blvd** <br> **Ewing, NJ 08618** | - | | Opened  7/01/04  Last Active 11/16/04 <br> Mortgage | | | | 0.00 |
| Account No. **xxxxxxxxx9768** <br><br> **Cenlar/Ctrl Ln Admin&R** <br> **425 Phillips Blvd** <br> **Ewing, NJ 08618** | - | | Opened  7/01/04 <br> Mortgage | | | | 0.00 |

Sheet no. __4___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,438.00

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Eric P. Meredith**                                                                    ,        Case No. _____
                                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxx0001**<br><br>**Chase**<br>**4915 Independence Pkwy**<br>**Tampa, FL 33634** | - | | | | Opened  4/01/95  Last Active  9/01/98 | | | | 0.00 |
| Account No. **xxxxxxxx0686**<br><br>**Chase/Cc**<br>**Po Box 100019**<br>**Kennesaw, GA 30156** | - | | | | Opened  2/01/91  Last Active  9/01/98 | | | | 0.00 |
| Account No. **xxxx4890**<br><br>**Chrysler Financial**<br>**999 Oakmont Plaza Dr**<br>**Westmont, IL 60559** | - | | | | Opened  9/01/96  Last Active  1/01/00<br>Automobile | | | | 0.00 |
| Account No. **xxxxxxxx1008**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | - | | | | Opened  4/01/91  Last Active  3/06/00 | | | | 0.00 |
| Account No. **xxxxxxxx8087**<br><br>**Citi**<br>**Po Box 6241**<br>**Sioux Falls, SD 57117** | - | | | | Opened  4/01/91  Last Active  11/01/99 | | | | 0.00 |

Sheet no. __5___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6300**<br><br>**Citibank N A**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | - | | **Opened 3/01/93 Last Active 1/01/00**<br>**Educational** | | | | 0.00 |
| Account No. **xxxxxxx6301**<br><br>**Citibank N A**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | - | | **Opened 12/01/93 Last Active 1/01/00**<br>**Educational** | | | | 0.00 |
| Account No. **xxxxxxx6302**<br><br>**Citibank N A**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | - | | **Opened 12/01/93 Last Active 1/01/00**<br>**Educational** | | | | 0.00 |
| Account No. **xxxxxxx6303**<br><br>**Citibank N A**<br>**701 E 60th St N**<br>**Sioux Falls, SD 57104** | - | | **Opened 9/01/94 Last Active 1/01/00**<br>**Educational** | | | | 0.00 |
| Account No. **xxxxxx-xx4058**<br><br>**City of Chicago Department of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680** | - | | | | | | 2,814.42 |

Sheet no. __6___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,814.42

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re   **Eric P. Meredith**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx-xx4374**<br><br>**City of Chicago Department of Water**<br>**P.O. Box 6330**<br>**Chicago, IL 60680** | - | | | | | | | **1,681.78** |
| Account No.<br><br>**Client Services, Inc. / Citicards**<br>**P.O. Box 1503**<br>**Saint Peters, MO 63376-0027** | - | | | **Reference 5915661** | | | | **1,866.06** |
| Account No.<br><br>**Clyde Morgan**<br>**133 Split Oak Road**<br>**Naperville, IL 60540** | - | | | **07/30/2003**<br>**Promissory Note** | | | | **1,250.00** |
| Account No. **xxxx1155**<br><br>**Countrywide Home Loans**<br>**450 American St**<br>**Simi Valley, CA 93065** | - | | | **Opened 3/01/04**<br>**Mortgage** | | | | **0.00** |
| Account No. **x2789**<br><br>**Crdt First**<br>**Pob 81083**<br>**Cleveland, OH 44181** | - | | | **Opened 10/01/91 Last Active 3/01/00**<br>**ChargeAccount** | | | | **0.00** |

Sheet no. __**7**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,797.84**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Eric P. Meredith**                                                ,      Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xx xxxxx8828** | | | | | 10/21/04 The Hartford P.C. | | | | |
| **Credit Collection Services 2 Wells Avenue Ste 1 Newton Center, MA 02459** | X | - | | | | | | | 2,912.66 |
| Account No. | | | | | 09/20/2004 | | | | |
| **D & S Limited 231 East Main Street Suite 240 Round Rock, TX 78664** | | - | | | | | | | 6,361.16 |
| Account No. | | | | | 08/17/03 | | | | |
| **Danielle Davis 5 East 155th Street Harvey, IL 60426** | | - | | | | | | | 1,250.00 |
| Account No. | | | | | 09/10/03 | | | | |
| **Derryl Caldwell 10950 South Sangamon Chicago, IL 60643** | | - | | | | | | | 1,250.00 |
| Account No. | | | | | 07/27/2003 Promissory Note | | | | |
| **Edith Williams 900 East 62nd Street Unit 1W Chicago, IL 60637** | | - | | | | | | | 6,250.00 |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,023.82**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Eric P. Meredith**                                                                                          , Case No. _____
                                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx3148**  <br><br>**Fnanb/Mc**<br>**225 Chastain Meadows Ct**<br>**Kennesaw, GA 30144** | - | | Opened  9/01/92  Last Active  2/16/94 | | | | 0.00 |
| Account No. **BNAx7337LX**  <br><br>**Ford Cred**<br>**Po Box Box 542000**<br>**Omaha, NE 68154** | - | | Opened  1/01/00  Last Active 11/01/02<br>Automobile | | | | 0.00 |
| Account No. **MAYL1**  <br><br>**Forest Alarm Service**<br>**9 Old Tamerick Lane**<br>**Orland Park, IL 60462** | - | | | | | | 108.00 |
| Account No.  <br><br>**Freeman Wilson**<br>**6149 South Drexel**<br>**Chicago, IL 60637** | - | | 07/27/2003<br>Promissory Note | | | | 1,250.00 |
| Account No. **xxxxxxx0201**  <br><br>**Fst Bk-Oakpk**<br>**28 W Madison**<br>**Oak Park, IL 60302** | - | | Opened  2/01/95  Last Active 10/01/96 | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __**9**___ of __**21**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,358.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxx-x1009**  <br><br>**GC Services Ltd Prtnrshp**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** | X | - | **6/15/06**<br>**Charge account**<br>**Notice purposes** | | | | **0.00** |
| Account No. **xxxxxxxx0587**  <br><br>**Ge Card Co**<br>**Po Box 981127**<br>**El Paso, TX 79998** | | - | **Opened  4/01/96  Last Active 10/01/98** | | | | **0.00** |
| Account No. **xxxxxxxx0584**  <br><br>**Gemb/Brooks Bros Dc**<br>**Po Box 981400**<br>**El Paso, TX 79998** | | - | **Opened 12/01/03  Last Active  2/14/06** | | | | **6,158.00** |
| Account No. **x xxxx xxxx 0185**  <br><br>**Harris & Harris**<br>**600 W. Jackson**<br>**Suite 400**<br>**Chicago, IL 60661** | | - | | | | | **13,217.00** |
| Account No.  <br><br>**Harris N.A.**<br>**BLST - P.O. Box 2880**<br>**Chicago, IL 60690** | | - | **10/24/06** | | | | **338,791.05** |

Sheet no. __10__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**358,166.05**

Official Form 6F (10/06) - Cont.

In re  **Eric P. Meredith**                                                                    ,   Case No. _____
                                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Harris N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690** | - | | | | | | 96,806.57 |
| Account No.<br><br>**Harris N.A.<br>BLST - P.O. Box 2880<br>Chicago, IL 60690** | - | | | | | | 46,748.11 |
| Account No. **xx L 1615**<br><br>**Harris, N.A. f/k/a Harris Bank Argo<br>c/o Mark Partin/ Chapman & Cutler<br>111 West Monroe<br>Chicago, IL 60603** | X - | | **12/19/2003 & 5/24/2004<br>Guaranteed 3 SBA Loans to be used for laudromats.** | | | | 583,990.19 |
| Account No.<br><br>**Holli Jones<br>5135 S. Kenwood<br>Unit #606<br>Chicago, IL 60615** | - | | **07/25/2003<br>Promissory Note** | | | | 1,250.00 |
| Account No. **xxxxx0567**<br><br>**Home Coming Funding Ne<br>2711 N Haskell Ave. Sw 1<br>Dallas, TX 75204** | - | | **Opened  1/01/02  Last Active 12/01/02<br>Mortgage** | | | | 0.00 |

Sheet no. __11__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

728,794.87

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                                         ,    Case No. _____
                                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Home Depot Credit Services<br>P.O. Box 689100<br>Des Moines, IA 50368-9100** | - | | **10/15/2006** | | | | **1,866.06** |
| Account No. **xxxxxxxx2419**<br><br>**Homeq<br>Po Box 997126<br>Sacramento, CA 95899** | - | | **Opened  3/01/04  Last Active 12/23/04<br>Mortgage** | | | | **0.00** |
| Account No. **xxx1813**<br><br>**Honor State<br>2254 Henry St<br>Honor, MI 49640** | - | | **Opened 12/24/02  Last Active  2/04/03** | | | | **0.00** |
| Account No. **xx6000**<br><br>**Hsbc/Bsbuy<br>Po Box 15519<br>Wilmington, DE 19850** | - | | **Opened  3/01/96  Last Active  9/29/98<br>ChargeAccount** | | | | **0.00** |
| Account No. **Contract No. xxxx7683**<br><br>**Inland Finance<br>8040 University Blvd.<br>Des Moines, IA 50325** | - | | **6/2004<br>Laundry equipment for a laudromat.  Said equipment was surrendered.<br><br>Notice Puroposes** | | | | **0.00** |

Sheet no. __**12**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,866.06**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Eric P. Meredith** _____,   Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7683** | | | 9/21/05 | | | | |
| **Inland Finance Co. c/o Merchants Retail Credit Assoc. P.O. Box 71113 Clive, IA 50325** | X | - | **Collection agency for Inland Finance** | | | | 25,654.33 |
| Account No. | | | 11/14/03 | | | | |
| **James & Doris Meredith 3631 Parthenon Way Olympia Fields, IL 60461** | | - | | | | | 12,500.00 |
| Account No. | | | **Past due rent, promissory note** | | | | |
| **James Meredith 3631 Parthenon Way Olympia Fields, IL 60461** | | - | | | | | 64,000.00 |
| Account No. | | | 07/21/2003 | | | | |
| **Jarrett Simmons 2605 South Indiana Unit #2404 Chicago, IL 60616** | | - | **Promissory Note** | | | | 1,250.00 |
| Account No. | | | 08/04/2003 | | | | |
| **Jerome & Shaunda Reynolds 8449 S. Rhodes Chicago, IL 60619** | | - | **Promissory Note** | | | | 2,500.00 |

Sheet no. __**13**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

105,904.33

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                    ,        Case No. _____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 09/16/03 | | | | |
| John S. Kendall 1034 South Highland Avenue Oak Park, IL 60303 | | - | | | | | | | |
| | | | | | | | | | 1,875.00 |
| Account No. | | | | | 08/29/03 | | | | |
| Lennie Pulliam 575 Yorktown road Chicago Heights, IL 60411 | | - | | | | | | | |
| | | | | | | | | | 1,250.00 |
| Account No. LP2071 | | | | | 31/2005 Laundry supplies | | | | |
| Liptke-Kentex Corp. 5500 West Touhy Unit P Skokie, IL 60077 | X | - | | | | | | | |
| | | | | | | | | | 468.99 |
| Account No. | | | | | 09/15/03 | | | | |
| Lisa Woods 4326 Camphor Avenue Yorba Linda, CA 92885 | | - | | | | | | | |
| | | | | | | | | | 937.50 |
| Account No. | | | | | 09/10/03 | | | | |
| Lonnie Jones Jr. 10727 South Eberbart Chicago, IL 60628 | | - | | | | | | | |
| | | | | | | | | | 6,250.00 |

Sheet no. __14__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **10,781.49**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Eric P. Meredith** _____,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **STE059** | | | | | laundry service | | | | |
| **MacGray P.O. Box 845659 Boston, MA 02284** | X | - | | | | | | | 1,064.00 |
| Account No. | | | | | 08/09/03 | | | | |
| **Michael & Patricia Mills 2143 West 114th Place Chicago, IL 60643** | | - | | | | | | | 6,250.00 |
| Account No. | | | | | 08/04/2003 Promissory Note | | | | |
| **Michelle McJimpsey 1215 East 63rd Chicago, IL 60637** | | - | | | | | | | 1,250.00 |
| Account No. | | | | | 08/08/03 | | | | |
| **Michelle Payne 14640 Cambridge Circle Laurel, MD 20707** | | - | | | | | | | 2,500.00 |
| Account No. **xxxxxxxx7546** | | | | | Opened  4/01/99  Last Active  1/01/01 Mortgage | | | | |
| **Mortgage Service Cente 4001 Leadenhall Rd Mount Laurel, NJ 08054** | | - | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. _**15**_ of _**21**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 11,064.00 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                    ,    Case No. _____
                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx5111**<br><br>**Ocwen Federal Bank/Qc**<br>**12650 Ingenuity Dr**<br>**Orlando, FL 32826** | - | | | | **Opened  3/01/04**<br>**Mortgage** | | | | 57,318.00 |
| Account No. **xxxx5704**<br><br>**Ocwen Federal Bank/Qc**<br>**12650 Ingenuity Dr**<br>**Orlando, FL 32826** | - | | | | **Opened  3/01/04  Last Active 12/13/04**<br>**Mortgage** | | | | 48,362.00 |
| Account No. **xxxxxxxx0455**<br><br>**Option One Mortgage Co**<br>**3 Ada Way**<br>**Irvine, CA 92618** | - | | | | **Opened  6/01/04  Last Active  1/04/05**<br>**Mortgage** | | | | 0.00 |
| Account No. **xxxxxxxxx0398**<br><br>**Option One Mortgage Co**<br>**3 Ada Way**<br>**Irvine, CA 92618** | - | | | | **Opened  6/01/04  Last Active 10/13/04**<br>**Mortgage** | | | | 0.00 |
| Account No. **x xxxx xxxx 3203**<br><br>**Peoples Energy**<br>**130 E. Randolph**<br>**14th Floor**<br>**Chicago, IL 60601** | - | | | | | | | | 3,976.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        109,656.00

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                                                                          ,    Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2482** <br><br> **Peoples Engy** <br> **130 E Randolph** <br> **Chicago, IL 60601** | - | | Opened 3/07/01 Last Active 5/16/06 | | | | **67.00** |
| Account No. **xxxxxxxx5208** <br><br> **Pnc Mortgage Servicing** <br> **Po Box 37560** <br> **Louisville, KY 40233** | - | | Opened 3/01/01 Last Active 5/01/01 <br> Mortgage | | | | **0.00** |
| Account No. <br><br> **Robert & Dianne Engram** <br> **713 Buttonwood Circle** <br> **Naperville, IL 60540** | - | | 07/28/03 | | | | **6,250.00** |
| Account No. <br><br> **Rodneyse Bichotte** <br> **746 Sapphire** <br> **Bolingbrook, IL 60440** | - | | 07/28/2003 <br> Promissory Note | | | | **1,250.00** |
| Account No. **xxxxx7473** <br><br> **Rshk/Cbusa** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | - | | Opened 1/01/91 Last Active 8/01/92 | | | | **0.00** |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,567.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Eric P. Meredith**                                                            ,   Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxxx-x79-01**<br><br>**Safeco**<br>**Insurance Noodle Inc**<br>**222 South Riverside Plz Ste 1**<br>**Chicago, IL 60606** | X | - | **2/15/05**<br>**Insurance for Ujamaa d/b/a Maytag Steger Laudromat**<br>**Notice puropses only** | | | | **0.00** |
| Account No. **xxx xxxx x79 01**<br><br>**Safeco Insurance**<br>**C/O Caine & Werner**<br>**1100 East Woodfield Rd - Ste. 425**<br>**Schaumburg, IL 60173** | | - | | | | | **665.00** |
| Account No. **xxxxxxxxxx0003**<br><br>**Sallie Mae 3rd Pty Lsc**<br>**1002 Arthur Dr**<br>**Lynn Haven, FL 32444** | | | **Opened 11/01/05  Last Active 11/01/05**<br>**Educational** | | | | **4,085.00** |
| Account No. **xxxxxxxxxx0002**<br><br>**Sallie Mae 3rd Pty Lsc**<br>**1002 Arthur Dr**<br>**Lynn Haven, FL 32444** | | - | **Opened 11/01/05  Last Active 11/01/05**<br>**Educational** | | | | **2,625.00** |
| Account No.<br><br>**Steve Jordan**<br>**7271 S. South Shore Drive**<br>**Chicago, IL 60649** | | - | **07/28/2003**<br>**Promissory Note** | | | | **1,250.00** |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,625.00**

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Eric P. Meredith**                                          ,        Case No. _____
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9966<br><br>Thd/Cbusa<br>Po Box 6003<br>Hagerstown, MD 21747 | - | | Opened 3/01/00 Last Active 2/12/06<br>ChargeAccount | | | | 1,742.00 |
| Account No. xxxxxxxxxxxxx3859<br><br>Think Federal Cred Uni<br>4001 W River Pkwy Nw<br>Rochester, MN 55901 | - | | Opened 9/01/05 Last Active 5/19/06 | | | | 28,389.00 |
| Account No. xxxxxxxxxxxxx0099<br><br>Think Federal Cred Uni<br>4001 W River Pkwy Nw<br>Rochester, MN 55901 | - | | Opened 10/01/03 Last Active 2/09/06 | | | | 18,049.00 |
| Account No. xxxxxxx7088<br><br>Think Federal Cred Uni<br>4001 W River Pkwy Nw<br>Rochester, MN 55901 | - | | Opened 5/01/98 Last Active 2/01/06 | | | | 4,873.00 |
| Account No. xxxxxxx7084<br><br>Think Federal Cred Uni<br>4001 W River Pkwy Nw<br>Rochester, MN 55901 | - | | Opened 5/01/98 Last Active 6/26/05 | | | | 0.00 |

Sheet no. __19__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,053.00**

Official Form 6F (10/06) - Cont.

In re  **Eric P. Meredith** _____,   Case No. _____
                                         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx9412**<br><br>**Think Federal Cred Uni**<br>**4001 W River Pkwy Nw**<br>**Rochester, MN 55901** | - | | Opened  3/01/98  Last Active  1/31/00 | | | | 0.00 |
| Account No. **xxxxxxxxxxxxx8805**<br><br>**Think Federal Cred Uni**<br>**4001 W River Pkwy Nw**<br>**Rochester, MN 55901** | - | | Opened 12/01/02  Last Active  9/28/05 | | | | 0.00 |
| Account No. **xxxxxxxx7202**<br><br>**Think Federal Cred Uni**<br>**4001 W River Pkwy Nw**<br>**Rochester, MN 55901** | - | | Opened  5/01/98 | | | | 0.00 |
| Account No. **xxxxx3288**<br><br>**Us Bank**<br>**Po Box 130**<br>**Hillsboro, OH 45133** | - | | Opened  5/01/01  Last Active  1/20/06<br>Automobile | | | | 6,139.00 |
| Account No. **xxxx0000**<br><br>**Village of Steger**<br>**35 West 34th Street**<br>**Steger, IL 60475** | - | | | | | | 1,500.00 |

Sheet no. __**20**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,639.00**

Official Form 6F (10/06) - Cont.

In re  **Eric P. Meredith**                                                    ,          Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx2082** <br><br>**Washington Mutual Fa**<br>**Po Box 1093**<br>**Northridge, CA 91328** | - | | **Opened 3/01/01 Last Active 11/01/02**<br>**Mortgage** | | | | 0.00 |
| Account No. <br><br>**Woodrow Lewis**<br>**2904 Peach Tree Lane**<br>**Algonquin, IL 60102** | - | | **07/28/2003**<br>**Promissory Note** | | | | 1,250.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sheet no. __21__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | 1,250.00 |
| | | | | Total<br>(Report on Summary of Schedules) | | | 1,456,641.88 |

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6G
(10/05)

In re  **Eric P. Meredith**                                                              ,        Case No. _____
                                        Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

      **0**     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Form B6H
(10/05)

In re    **Eric P. Meredith**                                                                                  ,    Case No. _____
                                                              Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Black is Beautiful**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **Amex**<br>**Po Box 297871**<br>**Fort Lauderdale, FL 33329** |
| **Black is Beautiful**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637**<br>    **Collection Agency for American Express** | **GC Services Ltd Prtnrshp**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX 77081** |
| **Ujamaa Inc /d/b/a Steger Maytag .**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **Safeco**<br>**Insurance Noodle Inc**<br>**222 South Riverside Plz Ste 1**<br>**Chicago, IL 60606** |
| **Ujamaa Inc /d/b/a Steger Maytag .**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637**<br>    **Insurance** | **Credit Collection Services**<br>**2 Wells Avenue Ste 1**<br>**Newton Center, MA 02459** |
| **Ujamaa Inc /d/b/a Steger Maytag .**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637**<br>    **Servicing of launry equipment.** | **MacGray**<br>**P.O. Box 845659**<br>**Boston, MA 02284** |
| **Ujamaa Inc /d/b/a Steger Maytag .**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **Liptke-Kentex Corp.**<br>**5500 West Touhy**<br>**Unit P**<br>**Skokie, IL 60077** |
| **Ujamaa Inc.**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **Harris, N.A. f/k/a Harris Bank Argo**<br>**c/o Mark Partin/ Chapman & Cutler**<br>**111 West Monroe**<br>**Chicago, IL 60603** |
| **Ujamaa Inc.**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637**<br>    **Equipment for laundromat. Returned equipment**<br>**to Merchants** | **Inland Finance Co.**<br>**c/o Merchants Retail Credit Assoc.**<br>**P.O. Box 71113**<br>**Clive, IA 50325** |

____0____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

Official Form 6I (10/06)

In re  **Eric P. Meredith**                                                          Case No. _____
_____
                    Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP(S):<br>  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Operations Consultant** | |
| Name of Employer | **Mc Donald's Corporation** | |
| How long employed | **1 year** | |
| Address of Employer | **2111 McDonald's Drive**<br>**Oak Brook, IL 60523** | |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 6,666.64 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| 3. SUBTOTAL | $ | 6,666.64 | $ | N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 1,484.25 | $ | N/A |
| b.  Insurance | $ | 60.02 | $ | N/A |
| c.  Union dues | $ | 0.00 | $ | N/A |
| d.  Other (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 1,544.27 | $ | N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 5,122.37 | $ | N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 0.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance | | | | |
| (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): _____ | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 5,122.37 | $ | N/A |

| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | 5,122.37 |
|---|---|---|

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re __Eric P. Meredith_____    Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,419.00 |
| a. Are real estate taxes included? Yes __X__    No ___ | | |
| b. Is property insurance included? Yes ___    No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 150.00 |
| d. Other    See Detailed Expense Attachment | $ | 525.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 75.00 |
| 7. Medical and dental expenses | $ | 75.00 |
| 8. Transportation (not including car payments) | $ | 300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 30.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 108.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    See Detailed Expense Attachment | $ | 500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other    2nd Mortgage | $ | 387.00 |
| c. Other    Sallie Mae | $ | 200.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    See Detailed Expense Attachment | $ | 399.25 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,118.25 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 5,122.37 |
| b.    Average monthly expenses from Line 18 above | $ | 5,118.25 |
| c.    Monthly net income (a. minus b.) | $ | 4.12 |

**Official Form 6J (10/06)**

In re   **Eric P. Meredith** _____   Case No. _____
                                    Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell Phone | $ | 150.00 |
| Cable | $ | 120.00 |
| Condo assessments | $ | 255.00 |
| **Total Other Utility Expenditures** | $ | **525.00** |

**Specific Tax Expenditures:**

| | | |
|---|---|---:|
| Income Taxes (2005) | $ | 200.00 |
| Sold 2001 Real Estate Taxes | $ | 300.00 |
| **Total Tax Expenditures** | $ | **500.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| Fraternity Dues | $ | 31.25 |
| 100 Black Men | $ | 30.00 |
| The Primo Center for Homeless Women & Children | $ | 21.00 |
| Periodicals | $ | 17.00 |
| Emergency Fund | $ | 100.00 |
| Personal Hygiene | $ | 150.00 |
| Health Club Membership | $ | 20.00 |
| Website (Alter Eatgo) | $ | 30.00 |
| **Total Other Expenditures** | $ | **399.25** |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Eric P. Meredith**                                      Case No.
_____
                                    Debtor(s)       Chapter    **7**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**39**___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 30, 2006**                    Signature   **/s/ Eric P. Meredith**
                                                        **Eric P. Meredith**
                                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Eric P. Meredith**                                                    Case No.  _____

                                         Debtor(s)        Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$62,834.31** | **1/1/2006 - present  Debtor's employment** |
| **$31,863.00** | **1/1/2005 - 12/31/2005 Debtor's employment** |
| **$10,017.00** | **1/1/2004 - 12/31/2004 Debtor's employment** |
| **$93,433.00** | **1/1/2003 - 12/31/2003 Debtor's employment** |

2

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*   List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Chase Manhattan Mtge 3415 Vision Dr Columbus, OH 43219** | **8/1/06, 7/1/06, 6/1/06** | **$4,251.00** | **$181,708.00** |
| **The Art Institute** | **7/15/06 (approx. 2 weeks ago. paid tuition)** | **$1,804.00** | **$0.00** |
| **Think Federal Cred Uni 4001 W River Pkwy Nw Rochester, MN 55901** | **5/2006** | **$1,600.00** | **$28,389.00** |
| **Union Fed Bank Indiana Po Box 1083 Indianapolis, IN 46206** | **5/25/06, 6/26/06, 7/26/06** | **$1,161.00** | **$34,801.00** |
| **Village of Steger 35 West 34th Street Steger, IL 60475** | **10/2006** | **$1,000.00** | **$500.00** |
| **James Meredith 3631 Parthenon Way Olympia Fields, IL 60461** | **10/22/06** | **$5,000.00** | **$64,000.00** |
| **Elmer & Elaine Shannon 22 Danube Olympia Fields, IL 60461** | **08/2006 (Father advancedthe money to pay them.  Father was reimbursed for his payment 10/2006, that was part of the $5,000.00 that was paid to the father, James Meredith** | **$2,500.00** | **$0.00** |

None
☐
c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **James Meredith**<br>**3631 Parthenon Way**<br>**Olympia Fields, IL 60461**<br>   **Father** | **10/22/06** | **$5,100.00** | **$64,000.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Deustche Bank Nati'l et al., v. Meredith 45 D 010508 MF 160** | **Foreclosure** | **In the Superior Court of Lake County, Indiana** | **Judgment entered.  He belives title has passed.** |
| **Wells Fargo Bank, N.A., et al., v. Meredith, et al., 450110510MF00491** | **Foreclosure** | **Lake Circuit/Superior Court of Lake County, Indiana** | **Sheriff Sale was 5/5/2006** |
| **Mortgage Electronic Registration Systems, et al., v. Mereidth, et al., 45 C01- 0503 MF- 00136** | **Foreclosure** | **The Lake Circuit Court of Lake County Indiana** | **Sheriff Sale 11/4/2005** |
| **Mortgage Electronics Registration Systems, et. al., v. Meredith, et. all., 45D11-0502-MF-72** | **Foreclosure** | **In the Lake Superior Court of Lake County, Indiana** | **Sheriff Sale 9/2/2005** |
| **Wells Fargo Bank, N.A., et al., v. Meredith, et al., 45D110501MF0002** | **Foreclosure** | **In the Lake Circuit Superior Court, Lake County, Indiana** | **Sheriff Sale:  8/5/2005** |
| **Deutsche Bank Nat'l et al., v. Meredith, et al., 45D10-0502-MF-00103** | **Foreclosure** | **In the Superior Court of Lake County, Crown Point Indiana** | **Sherrif Sale:  9/2/2005** |
| **Argent Mortgage Company, LLC., v. Mereidth, et al., 45C010505MF00195** | **Foreclosure** | **In the Lake County Superior Court, Lake County, Indiana** | **Sheriff Sale:  12/2/2005** |
| **Ocwen Loan Servicing, LLC., v. Meredith, et al.,** | **Foreclosure** | **lake County, Indiana** | **Believes foreclosure and sale was completed.** |
| **Ocwen Loan Servicing v. Meredith, et al.,** | **Foreclosure** | **Lake County, Indiana** | **Believes foreclosure and sale was completed.** |
| **Mortgage Electronics Registration Systems, Inc., et al., v. Meredith, et al., 45C01-0502-MF-61** | **Foreclosure** | **In the Lake Circuit Court of Lake County, Indiana** | **Judgment was entered 4/6/2005.** |
| **Harris N.A. f/k/a Harris Bank Argo v. Ujamaa, Inc. and Eric P. Meredith 06 L1615** | **Civil Lawsuit** | **Circuit Court of Cook County, Illinois, County Department, Law Division Richard J. Daley Center, 50 West Washington, Chicago, Illinois 60602** | **Dismissed** |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
☐  returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| See 4 a of the SOFA. | | |
| **Think Federal Cred Uni**<br>**4001 W River Pkwy Nw**<br>**Rochester, MN 55901** | **5/24/2006** | **2003 Hummer H2 $36,275.00**<br>**There are title issues. so the car  is still waiting**<br>**to be sold.** |

### 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
■  this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■  preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
☐  and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **100 Black Men of Chicago**<br>**Chicago, IL** | **Member** | **12/2005** | **$350.00 dues** |
| **The Primo Cntr for Homeless Women &**<br>**Chil**<br>**5400 West Washington**<br>**Chicago, IL 60644** | **Board Member** | **1/2006** | **$250.00 Board Dues** |
| **Kappa Alpha Psi Fraternity, Inc.**<br>**Philadelphia, PA** | **Member** | **10/2006** | **$375.00 Dues** |

5

**8.  Losses**

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **1995 J30 Infiniti  $4,900.00** | **Totalled in storm; insurance paid $5,100.00 for the loss, he used funds to pay James Meredith, the secured creditor (James was in possession of the title to the car).** | 10/13/2006 |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LAW OFFICES OF GLENDA J. GRAY**<br>**330 North Wabash**<br>**Suite 2618**<br>**Chicago, IL 60611** | 60/1/06 | **$299.00 ON FILING FEES AND $201.00 ON ATTORNEY'S FEES** |
| **Debt Solutions**<br>**15601 Dallas Pkwy**<br>**Ste 700**<br>**Addison, TX 75001** | 3/15/2006 | **$700.00** |
| **Law Office of Glenda J. Gray**<br>**330 North Wabash**<br>**Suite 2618**<br>**Chicago, IL 60611** | 07/05/06 | **$799.00 on Attorney's fees** |

**10.  Other transfers**

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

6

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Black is Beautiful, LLC.** | **43-20-46429** | **900 East 62nd Street Unit BW Chicago, IL 60637** | **Purchase and manage residential real estate** | **2/2004 - 2/2005** |

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|---------|--------------------|----------------------------|
| **Alter Eatgo, LLC.** | **43-20-46430** | **900 East 62nd Street Unit BW Chicago, IL 60637** | **Restaurant, fast casual Entered into a lease agreement, however, it was terminated. Never acquired any restaurant equipment. He only prepared business plans. Business never operated.** | **2/2004 - present** |
| **Ujamaa, Inc.** | **61-14-56651** | **900 East 62nd Street Unit BW Chicago, IL 60637** | **Laudromats. Own and operate.** | **8/2003 - 1/3/2006** |
| **Eventurous, LLC.** | | **900 East 62nd Street Unit BW Chicago, IL 60637** | **Event planning company. Just incoporated today. Has not performed any services. No contracts pending.** | **8/8/2006** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                               DATES SERVICES RENDERED
**Benford Brown & Associates**                                  **Preparation of tax returns only for 2004**
**8135 south Stony Island**                                     **through 2005 for all his businesses and**
**First Floor**                                                  **personal returns. Did not maintain**
**Chicago, IL 60617**                                   **copies of records. They should have**
                                                           **copies of his tax returns.**

**Eric Meredith**                                            **He maintained records on going from**
**900 East 62nd Street**                                    **the inception of the businesses.**
**Unit BW**
**Chicago, IL 60637**

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                     DATES SERVICES RENDERED

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| **Eric Meredith** | **900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |
| **Atty. James R. Couch & Associates**<br>**77 West Washington**<br>**Suite 1712**<br>**Chicago, IL 60602** | **1/31/2005** |
| **John  Vassiliades & Company**<br>**10330 West Rooselvelt Road**<br>**Suite 200**<br>**Westchester, IL 60154** | **2/2005** |
| **Harris Bank**<br>**111 West Monroe**<br>**11th floor**<br>**Chicago, IL 60603** | **12/2003 & 5/2004** |
| **Benford Brown & Associates**<br>**8135 South Stony Island**<br>**Chicago, IL 60617** | **2/2005 & 3/2006** |

     **20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
| --- | --- |

     **21 . Current Partners, Officers, Directors and Shareholders**

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| **Kenol Thomas**<br>**Chicago, IL** | **Partner** | **20% of Eventurous, L.L.C.** |
| **Anthony Bennett**<br>**900 East 62nd Street**<br>**Unit G-E**<br>**Chicago, IL 60637** | **Partner** | **20% of Eventurous, L.L.C.** |

None b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐ controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Anthony Bennett**<br>**900 East 62nd Street**<br>**Unit G-E**<br>**Chicago, IL 60637** | **Partner** | **20% of Eventurous, L.L.C.** |
| **Kenol Thomas**<br>**Chicago, IL** | **Partner** | **20% of Eventurous, L.L.C.** |
| **Eric P. Meredith**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **President** | **60% of Eventurours, L.L.C.** |
| **Eric P. Meredith**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **President/Secretary of Alter Eatgo, L.L.C.** | **None issued.  He has 100% ownership** |

**22 . Former partners, officers, directors and shareholders**

None a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■ commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
☐ immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Beatriz Calderon**<br>**Chicago, IL** | **Partner of Socialpolitan, L.L.C.** | **10/14/2006 Compnay dissolved** |
| **Carmen Ferrel**<br>**Chicago, IL** | **Partner of Socialpolitan** | **10/14/2006 Company dissolved** |
| **Eric P. Meredith**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **Partner of Socialpolitan** | **10/14/2006 Company dissolved** |
| **Eric P. Meredith**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **President/Secretary of Ujamaa, Inc.** | **2/2006** |
| **Eric P. Meredith**<br>**900 East 62nd Street**<br>**Unit BW**<br>**Chicago, IL 60637** | **President/Secretary of Black is Beautiful, L.L.C.** | **02/2006** |

**23 . Withdrawals from a partnership or distributions by a corporation**

None If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
■ in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ☐
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ☐
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 30, 2006**                Signature    **/s/ Eric P. Meredith**

                                                      **Eric P. Meredith**
                                                      Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Eric P. Meredith**

Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Condo**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL** | **Chase Manhattan Mtge** | | | | **X** |
| **Condo**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL** | **Union Fed Bank Indiana** | | | | **X** |
| **Condo**<br>**Location: 900 East 62nd Street Unit BW, Chicago IL**<br>**Purchased: 03/2001**<br>**Price: 205,000.00**<br>**Chase Home Finance, 1st mortgage**<br>**Union Federal Bank, 2nd mortgage**<br>**Harris Bank, 3rd mortgage**<br><br>**1st Mortgage: Chase Home Mortgage**<br>**2nd Mor** | **Cook County Collector** | Debtor will retain collateral and continue to make regular payments. | | | |
| **Past due rent, promissory note** | **James Meredith** | Debtor will retain collateral and continue to make regular payments. | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **November 30, 2006**

Signature   **/s/ Eric P. Meredith**

**Eric P. Meredith**
Debtor

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Eric P. Meredith**

Debtor(s)

Case No.

Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................................   $ _____**1,500.00**

Prior to the filing of this statement I have received ...........................................   $ _____**1,000.00**

Balance Due ...............................................................................................   $ _____**500.00**

2.  $ __**299.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November 30, 2006**

**/s/ Glenda J. Gray**
**Glenda J. Gray**
**Law Office of Glenda J. Gray**
**330 North Wabash**
**Suite 2618**
**Chicago, IL 60611**
**(312) 755-1010   Fax: (312) 755-1020**
**ladylawgray@aol.com**

---

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
1.   Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.   Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.   The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.   Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)
1.   Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.   Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.   After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### **Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Glenda J. Gray** | X  **/s/ Glenda J. Gray** | **November 30, 2006** |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**330 North Wabash
Suite 2618
Chicago, IL 60611
(312) 755-1010**

### **Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Eric P. Meredith** | X  **/s/ Eric P. Meredith** | **November 30, 2006** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X  _____ | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Eric P. Meredith**                          Case No. _____

                                           Debtor(s)        Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **120**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November 30, 2006**              **/s/ Eric P. Meredith**
                                       **Eric P. Meredith**
                                       Signature of Debtor

1st Community Fcu
3505 Wildewood Dr
San Angelo, TX 76904


Adrianne Spivey
1765 East 55th Street
Apt. A6
Chicago, IL 60615


Amania Drane
2774 Whitlock Drive
Darien, IL 60561


Amc Mortgage Services
505 City Pkwy South # 10
Orange, CA 92868


Amc Mortgage Services
505 City Pkwy W
Orange, CA 92868


Amc Mortgage Services
505 City Pkwy W
Orange, CA 92868


Amc Mortgage Services
505 City Pkwy W
Orange, CA 92868


Amc Mortgage Services
505 City Pkwy W
Orange, CA 92868


Amc Mortgage Services
505 City Pkwy W
Orange, CA 92868


American General Finan
8729 S Cicero Ave
Hometown, IL 60456


Americas Servicing Co
7485 New Horizon Way
Frederick, MD 21703

Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
Po Box 297871
Fort Lauderdale, FL 33329


Anthony Bennett
900 East 62nd Street
Unit G-E
Chicago, IL 60637


Arthur Thurman
2144 Adobe Drive
Addison, IL 60101


Avco Finance
6238 W 95th St
Oak Lawn, IL 60453


Ballys
12440 E Imperial H
Norwalk, CA 90650


Black is Beautiful
900 East 62nd Street
Unit BW
Chicago, IL 60637

Black is Beautiful
900 East 62nd Street
Unit BW
Chicago, IL 60637


Bp/Citi
Po Box 6003
Hagerstown, MD 21747


Cap One Bk
Po Box 85520
Richmond, VA 23285


Cenlar/Ctrl Ln Admin&R
425 Phillips Blvd
Ewing, NJ 08618


Cenlar/Ctrl Ln Admin&R
425 Phillips Blvd
Ewing, NJ 08618


Chase
4915 Independence Pkwy
Tampa, FL 33634


Chase Manhattan Mtge
3415 Vision Dr
Columbus, OH 43219


Chase/Cc
Po Box 100019
Kennesaw, GA 30156


Chrysler Financial
999 Oakmont Plaza Dr
Westmont, IL 60559


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi
Po Box 6241
Sioux Falls, SD 57117

Citibank N A
701 E 60th St N
Sioux Falls, SD 57104


Citibank N A
701 E 60th St N
Sioux Falls, SD 57104


Citibank N A
701 E 60th St N
Sioux Falls, SD 57104


Citibank N A
701 E 60th St N
Sioux Falls, SD 57104


City of Chicago Department of Water
P.O. Box 6330
Chicago, IL 60680


City of Chicago Department of Water
P.O. Box 6330
Chicago, IL 60680


Client Services, Inc. / Citicards
P.O. Box 1503
Saint Peters, MO 63376-0027


Clyde Morgan
133 Split Oak Road
Naperville, IL 60540


Cook County Collector
118 North Clark - Room 112
Chicago, IL 60602


Countrywide Home Loans
450 American St
Simi Valley, CA 93065


Crdt First
Pob 81083
Cleveland, OH 44181

Credit Collection Services
2 Wells Avenue Ste 1
Newton Center, MA 02459


D & S Limited
231 East Main Street
Suite 240
Round Rock, TX 78664


Danielle Davis
5 East 155th Street
Harvey, IL 60426


Dennis V. Ferguson
Reisenfeld & Assoicates
2035 Reading Road
Cincinnati, OH 45202


Derryl Caldwell
10950 South Sangamon
Chicago, IL 60643


Edith Williams
900 East 62nd Street
Unit 1W
Chicago, IL 60637


Fnanb/Mc
225 Chastain Meadows Ct
Kennesaw, GA 30144


Ford Cred
Po Box Box 542000
Omaha, NE 68154


Forest Alarm Service
9 Old Tamerick Lane
Orland Park, IL 60462


Freeman Wilson
6149 South Drexel
Chicago, IL 60637

Fst Bk-Oakpk
28 W Madison
Oak Park, IL 60302


GC Services Ltd Prtnrshp
Collection Agency Division
6330 Gulfton
Houston, TX 77081


Ge Card Co
Po Box 981127
El Paso, TX 79998


Gemb/Brooks Bros Dc
Po Box 981400
El Paso, TX 79998


Harris & Harris
600 W. Jackson
Suite 400
Chicago, IL 60661


Harris N.A.
BLST - P.O. Box 2880
Chicago, IL 60690


Harris N.A.
BLST - P.O. Box 2880
Chicago, IL 60690


Harris N.A.
BLST - P.O. Box 2880
Chicago, IL 60690


Harris, N.A. f/k/a Harris Bank Argo
c/o Mark Partin/ Chapman & Cutler
111 West Monroe
Chicago, IL 60603


Holli Jones
5135 S. Kenwood
Unit #606
Chicago, IL 60615

Home Coming Funding Ne
2711 N Haskell Ave. Sw 1
Dallas, TX 75204

Home Depot Credit Services
P.O. Box 689100
Des Moines, IA 50368-9100

Homeq
Po Box 997126
Sacramento, CA 95899

Honor State
2254 Henry St
Honor, MI 49640

Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850

Inland Finance
8040 University Blvd.
Des Moines, IA 50325

Inland Finance Co.
c/o Merchants Retail Credit Assoc.
P.O. Box 71113
Clive, IA 50325

Internal Revenue Service
Kansas City, MO 64999

Internal Revenue Service
230 South Dearborn
Stop 5016-CH
Chicago, IL 60604

James & Doris Meredith
3631 Parthenon Way
Olympia Fields, IL 60461

James Meredith
3631 Parthenon Way
Olympia Fields, IL 60461

Jarrett Simmons
2605 South Indiana
Unit #2404
Chicago, IL 60616


Jerome & Shaunda Reynolds
8449 S. Rhodes
Chicago, IL 60619


John S. Kendall
1034 South Highland Avenue
Oak Park, IL 60303


Lennie Pulliam
575 Yorktown road
Chicago Heights, IL 60411


Liptke-Kentex Corp.
5500 West Touhy
Unit P
Skokie, IL 60077


Lisa Woods
4326 Camphor Avenue
Yorba Linda, CA 92885


Lonnie Jomes Jr.
10727 South Eberbart
Chicago, IL 60628


MacGray
P.O. Box 845659
Boston, MA 02284


Michael & Patricia Mills
2143 West 114th Place
Chicago, IL 60643


Michelle McJimpsey
1215 East 63rd
Chicago, IL 60637


Michelle Payne
14640 Cambridge Circle
Laurel, MD 20707

Mortgage Service Cente
4001 Leadenhall Rd
Mount Laurel, NJ 08054


Ocwen Federal Bank/Qc
12650 Ingenuity Dr
Orlando, FL 32826


Ocwen Federal Bank/Qc
12650 Ingenuity Dr
Orlando, FL 32826


Option One Mortgage Co
3 Ada Way
Irvine, CA 92618


Option One Mortgage Co
3 Ada Way
Irvine, CA 92618


Peoples Energy
130 E. Randolph
14th Floor
Chicago, IL 60601


Peoples Engy
130 E Randolph
Chicago, IL 60601


Pnc Mortgage Servicing
Po Box 37560
Louisville, KY 40233


Robert & Dianne Engram
713 Buttonwood Circle
Naperville, IL 60540


Rodneyse Bichotte
746 Sapphire
Bolingbrook, IL 60440


Rshk/Cbusa
Po Box 6003
Hagerstown, MD 21747

Safeco
Insurance Noodle Inc
222 South Riverside Plz Ste 1
Chicago, IL 60606


Safeco Insurance
C/O Caine & Werner
1100 East Woodfield Rd - Ste. 425
Schaumburg, IL 60173


Sallie Mae 3rd Pty Lsc
1002 Arthur Dr
Lynn Haven, FL 32444


Sallie Mae 3rd Pty Lsc
1002 Arthur Dr
Lynn Haven, FL 32444


Steve Jordan
7271 S. South Shore Drive
Chicago, IL 60649


Thd/Cbusa
Po Box 6003
Hagerstown, MD 21747


Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901


Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901


Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901


Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901


Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901

```
Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901


Think Federal Cred Uni
4001 W River Pkwy Nw
Rochester, MN 55901


Ujamaa Inc /d/b/a Steger Maytag .
900 East 62nd Street
Unit BW
Chicago, IL 60637


Ujamaa Inc /d/b/a Steger Maytag .
900 East 62nd Street
Unit BW
Chicago, IL 60637


Ujamaa Inc /d/b/a Steger Maytag .
900 East 62nd Street
Unit BW
Chicago, IL 60637


Ujamaa Inc /d/b/a Steger Maytag .
900 East 62nd Street
Unit BW
Chicago, IL 60637


Ujamaa Inc.
900 East 62nd Street
Unit BW
Chicago, IL 60637


Ujamaa Inc.
900 East 62nd Street
Unit BW
Chicago, IL 60637


Union Fed Bank Indiana
Po Box 1083
Indianapolis, IN 46206


Us Bank
Po Box 130
Hillsboro, OH 45133
```

Village of Steger
35 West 34th Street
Steger, IL 60475


Washington Mutual Fa
Po Box 1093
Northridge, CA 91328


Woodrow Lewis
2904 Peach Tree Lane
Algonquin, IL 60102